# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 1:22-cr-00038 |
| v. ) | |
| ) | Dist. Judge Travis R. McDonough |
| SHAUN DAVID PIERCE ) | |
| ) | Mag. Judge Christopher H. Steger |

## ORDER

U.S. Magistrate Judge Christopher H. Steger filed a report and recommendation (Doc. 15) recommending that the Court: (1) accept Defendant's guilty plea to Count One of the one-count Superseding Information; (2) adjudicate Defendant guilty of conspiracy to distribute five hundred (500) grams or more of a mixture and substance containing a detectable amount of methamphetamine in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A) and 846; and (3) order that Defendant remain in custody pending further order of this Court.

Neither party filed a timely objection to the report and recommendation. After reviewing the record, the Court agrees with Magistrate Judge Steger's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation (Doc. 15) pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

1. Defendant's plea of guilty to Count One of the one-count Superseding Information is **ACCEPTED**;

2. Defendant is hereby **ADJUDGED** guilty of conspiracy to distribute five hundred (500) grams or more of a mixture and substance containing a detectable amount of methamphetamine in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A) and 846;

3. Defendant's sentencing hearing shall take place on **September 16, 2022, at 9:00 a.m.** before the undersigned United States District Judge; and

4. Defendant **SHALL REMAIN** in custody pending further order of this Court.

**SO ORDERED.**

*/s/ Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**